UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF ) COMMERCE, *et al.,* ) ) Defendants. ) | Civil Action No. 17-2567 (ABJ) |

## JOINT MOTION TO STAY BRIEFING SCHEDULE

The Parties, by and through undersigned counsel, respectfully request that the Court stay the briefing schedule in this case to provide the Parties with additional time to engage in discussions aimed at a potential settlement of this Freedom of Information Act ("FOIA") action. In support of this motion, the Parties hereby state as follows:

1. The Court established the current briefing schedule in this case via Minute Order dated April 16, 2019. Since that time, the Parties have continued to confer regarding the withholdings of Defendants, the U.S. Department of Commerce ("Commerce") and the Federal Bureau of Investigation ("FBI").

2. On June 21, 2019, Plaintiff notified Defendants that, based on Defendants' responses to Plaintiff's issues and supplemental production, all substantive issues in this case regarding Defendants' processing of Plaintiff's FOIA request have been resolved, and the only remaining issues concerns Plaintiff's attorneys' fees and costs in this matter. Accordingly, the Parties respectfully request the Court to stay the current briefing schedule.

3. In order to resolve Plaintiff's pending request for attorneys' fees and costs in this matter, the Parties believe that additional time would be beneficial for the Parties to confer regarding this

issue.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report by August 14, 2019, to further apprise the Court of the Parties efforts to resolve the remaining issue of Plaintiff's fees and costs in this action.  In that status report, the Parties will propose a briefing schedule, if necessary, to resolve any remaining issues.

Respectfully submitted,

/s/ David L. Sobel
DAVID L. SOBEL, D.C. Bar #360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(202) 246-6180

AARON MACKEY, D.C. Bar #1017004
CAMILLE FISCHER (admitted in Maryland)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
ELECTRONIC FRONTIER FOUNDATION,  )
                                                                    )
    Plaintiff,                                    )
                                                                    )
    v.                                                  )   Civil Action No.: 17-2567 (ABJ)
                                                                    )
U.S. DEPARTMENT OF                                )
COMMERCE, *et al.,*                                 )
                                                                    )
    Defendants.                                )
_____ )

### [PROPOSED] ORDER

The Parties joint motion to stay the briefing schedule is hereby **GRANTED**.  It is **ORDERED** that the Parties shall file a joint status report by August 14, 2019, proposing a schedule for further proceedings in this matter, if necessary.

**SO ORDERED.**

_____                              _____
Date                                                                    Amy B. Jackson
                                                                                                              United States District Judge